

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00209-CV

**IN THE ESTATE OF** Richard Elwood **NEWMAN**, Deceased

From the County Court, Wilson County, Texas
Trial Court No. PR-07781
Honorable Richard L. Jackson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

Appellant filed an affidavit of indigence stating her inability to afford payment of court costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1. No costs are taxed in this appeal.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice